IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY,

        Plaintiff,

        v.

MERDES & MERDES, P.C., et al.

        Defendants.

Case No. 4:14-cv-000002-SLG

## ORDER RE RECONSIDERATION OF SUMMARY JUDGMENT

Before the Court at Docket 59 is ALPS's Motion for Reconsideration of the Court's Order re Motion for Summary Judgment. After careful review, the Motion for Reconsideration at Docket 59 is DENIED.

DATED this 18th day of February, 2015.

        */s/ Sharon L. Gleason*
        UNITED STATES DISTRICT JUDGE