IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a Attorneys Liability Protection Society, Inc., A Risk Retention Group,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERDES & MERDES, P.C.; MERDES LAW OFFICE, P.C.; and WARD M. MERDES,<br><br>　　　　Defendants. | Case No. 4:14-cv-00002-SLG |

## JUDGMENT

For the reasons stated in the accompanying Order,

Judgment is hereby entered, pursuant to Federal Rules of Civil Procedure 54(b) and 58, in favor of Defendants Merdes & Merdes, P.C. and Ward M. Merdes with respect to ALPS's claim for declaratory relief regarding its duty to defend them under Lawyers Professional Liability Insurance Policy No. ALPS3392-15 issued to Merdes & Merdes, P.C. for the policy period July 18, 2012 to July 18, 2013, with respect to the lawsuit styled *Leisnoi, Inc. v. Merdes & Merdes, P.C., Merdes Law Office, P.C., and Ward M. Merdes*, Alaska Superior Court, Case No. 3AN-13-7180CI ("Underlying Suit"). ALPS had a duty to defend Merdes & Merdes, P.C. and Ward M. Merdes in the Underlying Suit.

DATED this 27th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE