# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a Attorneys Liability Protection Society, Inc., A Risk Retention Group,<br><br>        Plaintiff,<br><br>   v.<br><br>MERDES & MERDES, P.C.; MERDES LAW OFFICE, P.C.; and WARD M. MERDES,<br><br>        Defendants. | Case No. 4:14-cv-00002-SLG |

## ORDER GRANTING PLAINTIFF ALPS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION TO STAY

Having considered Plaintiff ALPS Property & Casualty Insurance Company, f/k/a Attorneys Liability Protection Society, Inc., A Risk Retention Group's ("ALPS") motion to stay filing of ALPS's answer (Docket 128), and Defendants' non-opposition thereto (Docket 131),

IT IS HEREBY ORDERED that ALPS motion to stay filing of its answer is **GRANTED** until after this Court's determination of ALPS's partial motion to dismiss.

Dated this 16th day of June, 2016.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE